IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 105 ML |
| | ) | Cr. No. |
| v. | ) | In Violation Of |
| | ) | 18 U.S.C. §§ 922(g)(1) and 931; |
| ROBERT CRUZ | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |

INDICTMENT

The Grand Jury charges:

COUNT 1

On or about April 21, 2006, in the District of Rhode Island, the defendant, ROBERT CRUZ, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, an Imez, model CF380, .380 caliber semi-automatic pistol, serial number BOH0666, in violation of 18 U.S.C. §922(g)(1).

COUNT 2

On or about April 21, 2006, in the District of Rhode Island, the defendant, ROBERT CRUZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT 3

On or about April 21, 2006, in the District of Rhode Island, the defendant, ROBERT CRUZ, having been previously convicted of a crime of violence, did knowingly and intentionally possess, in and affecting commerce, body armor, in violation of 18 U.S.C. §931.

A TRUE BILL:

**REDACTED**

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHANIE S. BROWNE
Assistant U. S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

October 4, 2006
DATE