ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant: Robert Cruz

**Count One**: 18 USC § 922(g)(1) - Felon in possession of a firearm.

PENALTIES: life imprisonment, mandatory minimum 15 years ; $250,000 fine; five years of supervised release; $100 mandatory special assessment.

**Count Two**: 21 USC §§ 841(a)(1) and (b)(1)(C) - Knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

PENALTIES: 20 years imprisonment; $1,000,000 fine; three years of supervised release; and $100 mandatory special assessment.

**Count Three**: 18 USC §931 - Knowingly and intentionally possess in and affecting commerce, body armor.

PENALTIES: 3 years imprisonment; $250,000 fine; three years of supervised release; and $100 mandatory special assessment.