THE FIRST DISTRICT COURT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. DOCKET #Cr06-105ML

ROBERT CRUZ

MOTION TO ASSIGN

NOW COMES THE PETITIONER, Robert Cruz, and he Prays that the clerk for the First Federal District Court, will assign the next available date for arraignment on the charges brought forth in the above cited case.

Said Petitioner is currently without counsel, and prior to his appearance at arraignment, counsel must be appointed.

Submitted By: [signature]

Robert Cruz
P.O. Box 20983
Cranston, R.I. 02920