THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ROBERT CRUZ

Docket # CR06-105ML

In Violation of

18 USC §922,(g),(1)
18 USC §931
21 USC §841,(a),(1)
21 USC §841,(b),(1),(C)

MOTION FOR ARRAIGNMENT UNDER RULE #10
OF THE RULES OF CRIMINAL PROCEDURE

NOW COMES THE PETITIONER, Robert Cruz, and he Motions this Honorable Court for his arraignment on the above cited case against him.

He is currently without legal representation and begs the court to provide such representation as the Rules allow to be furnished.

He files a Motion to Proceed in forma pauperis, in association with this Motion and his Rule #44 Motion to Appoint Counsel.

WHEREFORE, the Petitioner, Robert Cruz, Prays that this Honorable Court will, in the interest of Justice, appoint assistance of counsel, and arraign the Petitioner in a timely manner in association with the Rules.

Submitted By: Robert Cruz

Robert Cruz
P.O. Box 20983
Cranston, R.I. 02920