THE UNITED STATES DISTRICT COURT FOR THE STATE OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

Docket #CR06-105ML

In Violation of

18 USC §922,(g),(1)
18 USC §931
21 USC §841,(a),(1)
21 USC §841,(b),(1)(C)

ROBERT CRUZ

MOTION TO PROCEED IN FORMA PAUPERIS

NOW COMES THE PETITIONER, Robert Cruz, and he Prays for permission to proceed in the above cited case, in forma pauperis, in accordance with sections 18 USC §4109, and 18 USC §3006A.

He submits to this court an Affidavit of Indigency for this court's perusal, and he Prays that it will grant this Motion upon his behalf.

Submitted By: [signature]

Robert Cruz
P.O. Box 20983
Cranston, R.I. 02920