THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ROBERT CRUZ

Docket # CR06-105ML
In Violation of
18 USC §922,(g),(1)
18 USC §931
21 USC §841,(a),(1)
21 USC §841,(b),(1),(C)

AFFIDAVIT OF INDIGENCY

NOW COMES THE PETITIONER, Robert Cruz, and he avers that all statements contained herein, are true and to the best of his recollection.

1) That he is without employment.
2) That he is currently incarcerated within a state penal facility.
3) That he currently faces charges, under indictment in the Federal District Court for the State of Rhode Island.
4) That any assets that he had were seized by the government in association with this case.
5) That he cannot procure funds with which to represent himself.

WHEREFORE, the Petitioner, Robert Cruz, avers that he is indigent and cannot afford legal representation in association with the above cited case.

Submitted By: [signature]
Robert Cruz
P.O. Box 20983, Cranston, R.I. 02920

Witness my hand this      day of           , 2007

The aforementioned appeared before me and I witnessed his signature.

Notary Public

My Commission Expires: