THE UNITED STATES DISTRICT COURT FOR THE STATE OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ROBERT CRUZ

Docket # CR06-105ML

In Violation of

18 USC §922,(g),(1)
18 USC §931
21 USC §841,(a),(1)
21 USC §841,(b),(1),(C)

MOTION UNDER RULE #44 OF RULES OF CRIMINAL PROCEDURE FOR THE APPOINTMENT OF COUNSEL

NOW COMES THE PETITIONER, Robert Cruz, and he Prays for the relief sought through this instant Motion. At the time of his indictment, he was represented by legal counsel, which he was able to procure with funds he had at his disposal, and now due to his indigency, he does not have any funds at his disposal to continue his representation. He therefore, in accordance with Rule #44 of the Rules of Criminal Procedure, Prays that counsel will be appointed to represent him through all criminal processes.

WHEREFORE, the Petitioner, Robert Cruz, Prays that this court will appoint an attorney who is versed in the Rules of Federal Procedure who can and will represent said Petitioner before the court.

Submitted By: [signature]

Robert Cruz
P.O. Box 20983
Cranston, R.I. 02920