CR 06- 105 ML

**CERTIFICATION**

I hereby certify that on the day of , 2007, I caused a true copy of the following documents:

1. Motion to Proceed In Forma Pauperis
2. Motion under Rule #44, Motion to Appoint Counsel
3. Motion for Arraignment, under Rule #10
4. Affidavit of Indigency
5. Motion to Assign date for arraignment

to be sent/delivered to the Office of the Attorney General for the First Federal District for the State of Rhode Island, 1 Exchange Terrace, Providence Rhode Island 02903, and the Clerk for the First Federal District Court for Rhode Island, 1 Exchange Terrace, Providence, Rhode Island 02903

Robert Cruz

Rboert Cruz
P.O. Box20983
Cranston, R.I. 02920