# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-105ML***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ROBERT CRUZ,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **10th** day of **September, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c[illegible] that
I did bring before the [illegible]
the within named d[illegible]
on the date and time ordered.

______________________
Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: September 7, 2007.

David A. DiMarzio, Clerk

Arraignment

***By*** ______________________
***Martha Saucier - Deputy Clerk***