UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 06-105ML |
| ROBERT CRUZ | : | |

## MOTION TO CONTINUE EMPANELMENT

NOW COMES the defendant, Robert Cruz, and through counsel, moves this Honorable Court to continue empanelment and trial in this matter for an additional sixty (60) days in order to allow the defendant to fully investigate his state sentences and determine file motions. Mr. Cruz needs the additional time. Because of the lengthy possible sentence and complex issues involved in this case defense counsel needs additional time. Mr. Cruz is presently serving a lengthy sentence in State Custody.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8). Should the court require additional information defense counsel would request a conference in this matter. The government, through AUSA Zechariah Chafee indicates no objection to this motion.

Respectfully submitted
Robert Cruz
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 20th day of February 2008.

/s/ Mary S. McElroy