UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 06-105ML

ROBERT CRUZ :

MOTION TO CONTINUE EMPANELMENT

NOW COMES the defendant, Robert Cruz, and through counsel, moves this Honorable Court to continue empanelment and trial in this matter for an additional thirty (30) days. In support of this motion Mr. Cruz asserts that his attorney in Rhode Island Superior Court has filed a motion to vacate his plea in the state case that arose out of the same arrest as the one in this case. That motion is expected to be heard in state court later this month. That case impacts Mr. Cruz's potential sentence in this case. Because he is facing a very lengthy sentence in this court and because of the impact of that state case, Mr. Cruz needs additional time Mr. Cruz is presently serving a lengthy sentence in State Custody.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8). Should the court require additional information defense counsel would request a conference in this matter. The government, through AUSA Zechariah Chafee indicates no objection to this motion.

Respectfully submitted
Robert Cruz
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 20th day of May 2008.

/s/ Mary S. McElroy